UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ZACHARIA ANDREW DENNISTON                                           PLAINTIFF
ADC #148904

V.                          4:18CV00166 SWW/JTR

GREGG DONALSON,
Captain, Johnson County Detention Center                            DEFENDANT

## JUDGMENT

Consistent with the Order that was entered separately today, this case is dismissed without prejudice, and it is certified pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

Dated this 9th day of July, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE